**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Biante Monell PAYSINGER,
Defendant–Appellant.**

No. 01–30148.
D.C. No. CR–00–00347–TSZ.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted April 8, 2002.*

Decided April 16, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

### MEMORANDUM**

Biante Monell Paysinger appeals the 72–month sentence following his conditional guilty-plea conviction of possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Paysinger contends the district court erred in denying his suppression motion challenging the validity of the search warrant. We review the magistrate's issuance of a search warrant for clear error, *see United States v. Castillo,* 866 F.2d 1071, 1076 (9th Cir.1988), and we find none.

Probable cause to issue a warrant exists if, under the totality of the circumstances, the magistrate had a substantial basis for concluding probable cause existed. *Id.* at 1076–77. Here, the government's reliable confidential informant disclosed that Paysinger and his co-defendant were trafficking cocaine, and provided details to identify them. The government's subsequent investigation corroborated the informant's information.

Information from a reliable informant may form the basis for finding probable cause when the government corroborates

otherwise seemingly innocent facts. *United States v. Diaz–Rosas,* 13 F.3d 1305, 1307 (9th Cir.1994) (per curiam) (citing *Illinois v. Gates,* 462 U.S. 213, 238–39, 103 S.Ct. 2317, 76 L.Ed.2d 527 (1983)). Accordingly, probable cause existed to support the issuance of the search warrant.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

